Argued December 5—decided December 5, 1972

INVESTORS LAND AND MORTGAGE COMPANY *v.* MILFORD
PLANNING AND ZONING BOARD

The defendant's motion to dismiss the appeal from the Court of Common Pleas in New Haven County is granted.

*Stephen I. Traub,* assistant city attorney, for the appellee (defendant).

*Benson A. Snaider,* for the appellant (plaintiff).

Argued December 5—decided December 5, 1972